FILED
2015 Mar-18 PM 02:32
U.S. DISTRICT COURT
N.D. OF ALABAMA



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
---------------------------------------------------------------X
MIMEDX GROUP, INC.,

        Plaintiff,

  -against-

NUTECH MEDICAL, INC. and
DCI DONOR SERVICES, INC.,

        Defendants.
---------------------------------------------------------------X

Civil Action Case No. 2:15-cv-00369-JHE

AFFIDAVIT OF SERVICE

STATE OF TENNESSEE    )
    S.S.:
COUNTY OF SUMNER    )

    **ROGER G. CLEMONS**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

    That on the 9th day of March, 2015, at approximately 11:55 am, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon **DCI DONOR SERVICES, INC.** c/o Corporation Service Company at 2908 Poston Avenue, Nashville, TN, by personally delivering and leaving the same with **MARY MARCHETTI**, who informed deponent that she is an Authorized Agent and is authorized by appointment to receive service at that address.

    **MARY MARCHETTI** is a white female, approximately in her 40's, stands approximately 5 feet 4 inches tall, and weighs approximately 140 pounds with brown hair.

_____
**ROGER G. CLEMONS**

Sworn to before me this
9th day of March, 2015

_____
NOTARY PUBLIC



D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com