# UNITED DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **MIMEDX GROUP, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE No. 2:15-cv-00369-VEH |
| v. ) | |
| ) | |
| **NUTECH MEDICAL, INC. et al,** ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF MIMEDX GROUP, INC.'S AMENDED NOTICE OF THE GRANTING OF INSTITUTION OF *INTER PARTES* REVIEW

On July 10, 2015, the Patent Trial and Appeal Board ("PTAB") granted the institution of *inter partes* review of U.S. Patent No. 8,597,687 Patent. *Tissue Transplant Technology, Ltd. et al., v. MiMedx Group, Inc.*, IPR2015-00420, Paper 11 (PTAB July 10, 2015) (attached hereto as **Exhibit A**).

Dated: July 13, 2015

/s/ *Audrey E. Brown*
One of the Attorneys for Plaintiff
MiMedx Group, Inc.

OF COUNSEL:
M. Christian King (asb-4874-k71m)
cking@lightfootlaw.com
Audrey E. Brown (asb-9981-u76b)
abrown@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE
L.L.C.
The Clark Building

1

400 20th Street North
Birmingham, Alabama  35203
(205) 581-0700 (telephone)
(205) 581-0799 (facsimile)

Deepro R. Mukerjee (admitted *pro hac vice*)
deepro.mukerjee@alston.com
Poopak Banky (admitted *pro hac vice*)
paki.banky@alston.com
Leah W. Feinman (admitted *pro hac vice*)
leah.feinman@alston.com
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 210-9501
Fax: (212) 210-9444

Wesley C. Achey (admitted *pro hac vice*)
wes.achey@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed on this 13 day of July 2015, using the CM/ECF system which will send notification of such filing to all counsel of record.

                                          */s/ Audrey E. Brown*
                                          Audrey E. Brown