FILED
2017 Mar-03  PM 01:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MIMEDX GROUP, INC.,** | ) |
| | ) |
|     **Plaintiff/Counter-Defendant,** | ) |
| | ) |
| v. | )   Case No.: 2:15-CV-0369-VEH |
| | ) |
| **NUTECH MEDICAL, INC.** | ) |
| | ) |
|     **Defendant,** | ) |
| | ) |
| **DCI DONOR SERVICES, INC.,** | ) |
| | ) |
|     **Defendant/Counter-Plaintiff**. | ) |

## ORDER DISMISSING WITH PREJUDICE
## COUNTS I AND II OF PLAINTIFF'S COMPLAINT
## AND COUNTS ONE AND TWO OF DCIDS'S COUNTERCLAIM

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal with prejudice of Counts I and II of Plaintiff's Complaint (Doc. 1) and Counts One and Two of DCIDS's Counterclaim (Doc. 26). In light of the parties' stipulation, the Court **ORDERS** that Counts I and II of Plaintiff's Complaint and Counts One and Two of DCIDS's Counterclaim are **DISMISSED WITH PREJUDICE**. The remaining claims (Counts III, IV, V, VI, and VII of MiMedx's Complaint) and counterclaims (Counts Three and Four of DCIDS's Counterclaims) are not affected by this stipulation. Each party will bear its own costs

and fees.

**DONE** and **ORDERED** this 3rd day of March, 2017.

**VIRGINIA EMERSON HOPKINS**
United States District Judge